**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2163**

In re: JEFFREY A. MARTINOVICH,

      Petitioner.

On Petition for Writ of Mandamus.
(4:12-cr-00101-AWA-RJK-1; 4:18-cv-00028-AWA)

Submitted: February 21, 2019            Decided: February 25, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jeffrey A. Martinovich, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Martinovich petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to order the Government to respond. Our review of the district court's docket reveals that the district court has recently denied numerous motions and ordered the Government to respond to Martinovich's motion. Accordingly, because Martinovich has received the relief he requests, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*